IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JARVIS W. ROSSER                                                                PLAINTIFF

              v.            Civil No. 2:16-CV-02030-PKH-MEF

SHERIFF RON BROWN, CHIEF DEPUTY                                DEFENDANTS
JIM DAMANTE and CAPTAIN SHAWN
FIRESTINE

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 30th day of August, 2016.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE